ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DEBRA VOLLE, Plaintiff

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
Albert Tong (SBN 208439)
E-mail: atong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1503 Grant Road, Suite 200
Mountain View, CA 94040-3270
Tel: 650.327.2672 Fax: 650.688.8333

Attorneys for Defendant
CAMPBELL PLAZA DEVELOPMENT CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA VOLLE,<br><br>              Plaintiff,<br><br>vs.<br><br>CAMPBELL PLAZA DEVELOPMENT CO., A LIMITED PARTNERSHIP; and DOES 1-20, Inclusive,<br><br>              Defendants. | Case No. 5:18-cv-06286-NC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Page 1 of 3

Plaintiff DEBRA VOLLE ("Plaintiff") and Defendant CAMPBELL PLAZA DEVELOPMENT CO. ("Defendant") stipulate through their undersigned counsel and respectfully request that this action be dismissed with prejudice pursuant to FRCP Rule 41(a)(2) with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The parties FURTHER STIPULATE and request that the Court retain jurisdiction over enforcement of the terms of the parties' settlement agreement in accordance with General Order 56.

Dated: June 12, 2019  /s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for
Plaintiff DEBRA VOLLE

Dated: June 12, 2019  /s/ Elizabeth Marie Pappy
Elizabeth Marie Pappy, Attorney for
Defendant CAMPBELL PLAZA
DEVELOPMENT CO.

**Filer's Attestation**

I, Elizabeth Marie Pappy, hereby attest that I received concurrence from Plaintiff's counsel in the filing of this document.

/s/ Elizabeth Marie Pappy
Elizabeth Marie Pappy

**[PROPOSED] ORDER**

Having reviewed the above stipulation and good cause appearing, this action is dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Date: June 26, 2019



STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Page 3 of 3